**AO 91 (Rev. 5/85) Criminal Complaint**

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

NAIBEYE KOUMBAIRIA
DOB: x/xx/xx
PDID: xxx-xxx

**(Name and Address of Defendant)**

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about <u>January, 2006 through on or about February 3, 2006</u> , in the District of <u>COLUMBIA</u> defendant did, (Track Statutory Language of Offense)

knowingly and voluntarily conspire with others to intentionally defraud a financial institution, in violation of 18 U.S. Code §§ 1349 and 1344 and that, in furtherance of the conspiracy and to accomplish its unlawful objects, the defendant and his co-conspirators, committed, within the District of Columbia, at least one overt act.

in violation of Title <u>   18   </u> United States Code, Section(s) <u>   1349   </u>.

I further state that I am <u>**SPECIAL AGENT RYAN PETRASEK**</u>, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:     ☒ Yes    ☐ No

_____
Signature of Complainant
**SPECIAL AGENT RYAN PETRASEK**
**UNITED STATES SECRET SERVICE**

Sworn to before me and subscribed in my presence,

_____     at     <u>Washington, D.C.</u>
Date                                                                City and State

_____          _____
**Name & Title of Judicial Officer**               **Signature of Judicial Officer**

## AFFIDAVIT IN SUPPORT OF A ARREST WARRANT

**A.     AFFIANT BACKGROUND**

1.     Your affiant in this matter, RYAN PETRASEK (hereinafter referred to as "affiant"), is a Special Agent with the United States Secret Service (hereinafter referred to as "USSS"), which is part of the United States Department of Homeland Security.  Your affiant has been with the USSS since April 2005.  Prior to that, your affiant was employed with the Washington, D. C. Metropolitan Police Department for four years.  The affiant was assigned to the Seventh District as a patrol officer.  Your affiant has conducted numerous investigations involving financial crimes, and has participated in the execution of numerous search warrants and arrests as both a Special Agent and as a Metropolitan Police Officer in the District of Columbia.

2.     As a Special Agent with the USSS, your affiant attended a three-month training program at the Federal Law Enforcement Training Center in Glynco, Georgia. The affiant received training in Financial Crimes Investigations, Introduction to Computer Crimes, Introduction to Computer Forensics and other white collar investigations. In addition, your affiant has received training in counterfeit currency, counterfeit financial obligations, identity theft, access device fraud, computer related crimes and asset forfeiture at the U.S. Secret Service Training Academy in Beltsville, Maryland.  As a Metropolitan Police Officer, affiant received training in the execution of search and arrest warrants, Patrol tactics and courtroom testimony.

### B.    OBJECTIVE OF THE AFFIDAVIT

3.  The objective of this affidavit is to establish probable cause for the arrest of NAIBEYE KOUMBAIRIA, of 5125 8th St N.W. Washington D.C., with a date of birth of ▮▮▮▮▮▮ and a social security number of ▮▮▮▮▮▮

### C.    SOURCE OF EVIDENCE

4.  Affiant is familiar with the facts and circumstances of this investigation. All relevant events described herein occurred in the District of Columbia, and the surrounding Metropolitan D.C. area. The information contained in this affidavit is based upon the affiant's personal knowledge obtained during this investigation, knowledge obtained from other individuals, including review of documents and audio-recordings related to this investigation, communications with others who have personal knowledge of the events and circumstances described herein, and from information gained through my training and experience.  Since this affidavit is being submitted for the limited purpose of supporting an arrest warrant, I have not included every fact known to me concerning this investigation.  I have set forth only those facts which I believe are necessary to establish probable cause that the defendant named herein has violated the Conspiracy and Bank Fraud statutes.

**D.     FACTUAL BACKGROUND**

5.     Your affiant and other agents of the USSS have been conducting an ongoing investigation of a group of individuals involved in conspiracy to commit Bank Fraud. This investigation began on February 8, 2006, and has been ongoing to the present date. To date, over 1.6 million dollars in counterfeit checks have been uttered at check cashing stores and financial institutions in the Washington D.C. metropolitan area.

6.     On March 3, 2008, Cooperating Witness (Hereinafter "C-1") confessed to your affiant to entering a conspiracy to commit bank fraud in the District of Columbia, and surrounding metropolitan area with NAIBEYE KOUMBAIRIA (Hereinafter referred to as KOUMBAIRIA) and other unnamed co-conspirators in or about January 2006. C-1 stated that in or about January 2006, C-1 gave an original check drawn on Bank of America account #2086269552, to KOUMBAIRIA at KOUMBAIRIA's residence located at 5125 8th Street NW Washington D. C. C-1 then observed KOUMBAIRIA scan the Bank of America check drawn on account # 2086269552 into KOUMBAIRIA's personal laptop and produce a counterfeit check in an amount in excess of $9,00.00 dollars. The counterfeit check was then deposited by an unknown co-conspirator into Bank of America account #3924511083 made payable to the account holder in or about January 31, 2006. Between February 1, 2006, to February 3, 2006 the illicit funds in excess of $9,00.00 dollars were withdrawn by multiple known co-conspirators from Bank of America Branches located in the Washington DC metropolitan .

7.	C-1 has been determined to be reliable by providing information about KOUMBAIRIA and the fraud scheme, such as: the name and place of employment of KOUMBAIRIA's fiancé, KOUMBAIRIA'S home address and that KOUMBAIRIA was born in Africa.  On March 3, 2008, C-1 positively identified NAIBEYE KOUMBAIRIA from KOUMBAIRIA's DC DMV photo.

8.	On March 6, 2007 your affiant and other Agents of USSS executed a U.S. District Court search warrant for bank fraud at KOUMBAIRIA's residence located at 5125 8th st N.W. Washington DC. Electronic Media recovered during the search warrant of KOUMBAIRIA's residence contained images of the original check drawn on Bank of America account #2086269552 and a counterfeit image drawn on the same account in the name of a known co-conspirator.

9.	Based upon the above statement of facts and circumstances, your affiant respectfully requests that an arrest warrant be issued for NAIBEYE KOUMBAIRIA for violation of  18 U.S.C. § 1344 conspiracy to commit bank fraud.

		_____
		Special Agent Ryan Petrasek
		United States Secret Service